JUDGE CHIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 24 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

STEPHEN MICHAEL LEVY,
a/k/a "Reallybad@aol.com,"
a/k/a "Steve Levy,"

Defendant.

INDICTMENT

07 Cr.

07 CRIM 680

COUNT ONE

The Grand Jury charges:

1. In or about June, 2007, in the Southern District of New York and elsewhere, STEPHEN MICHAEL LEVY, a/k/a "Reallybad@aol.com," a/k/a "Steve Levy," the defendant, unlawfully, willfully, and knowingly, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction has actually been transported in interstate commerce, to wit, LEVY photographed the vagina of a minor female child and sent that image over the Internet from Maryland to an individual in the Bronx, New York.

(Title 18, United States Code, Sections 2251(a).)

COUNT TWO

The Grand Jury further charges:

2. In or about June, 2007, in the Southern District of New York and elsewhere, STEPHEN MICHAEL LEVY, a/k/a

"Reallybad@aol.com," a/k/a "Steve Levy," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate commerce, including by computer, child pornography, to wit, while in Maryland, LEVY sent child pornography via the Internet to an individual in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

[signature]
FOREPERSON

[signature]
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**STEPHEN MICHAEL LEVY,**
**a/k/a "Reallybad@aol.com,"**
**a/k/a "Steve Levy,"**

**Defendant.**

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2251(a),
18 U.S.C. § 2252A(a)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

[signature]
Foreperson.

7/24/07 [illegible] 11-1-07 The case [illegible] assigned to Judge Chin for all purposes.

Mag Judge [illegible]