```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

UNITED STATES OF AMERICA                          NOTICE OF APPEARANCE

                    -against-                     07-CR-680 (DC)

STEPHEN MICHAEL LEVY,

            Defendant.

----------------------------------------- X
```

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant, STEPHEN MICHAEL LEVY. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         July 26, 2007

/s/ Michael P. Kushner
MICHAEL PETER KUSHNER (MK 6117)

mkushner@blanch-law.com
350 Fifth Avenue, 68th Floor
New York, New York 10118
212.736.9721 (t)
212.378.4325 (f)
917.599.6117 (m)