

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



August 7, 2007

RECEIVED
AUG 09 2007
JUDGE CHIN'S CHAMBERS

**BY HAND**

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Stephen Michael Levy</u>
           07 Cr. 680 (DC)

Dear Judge Chin:

    The initial pre-trial conference in this matter has been changed from August 13, 2007, at 4:30 p.m., to August 14, at 11 a.m.

    When the defendant was arraigned before Magistrate Judge Michael H. Dolinger on July 26, 2007, the time between then and August 13, 2007, was excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The Government respectfully requests that the Court exclude the time from August 13, 2007 until August 14, 2007, under the same provision. Defense counsel consents to this request for the exclusion of time.

So ORDERED, in the interest of justice.

*[signature]*
DJ  8/9/07

Hon. Denny Chin
August 7, 2007
Page 2

    At the request of Your Honor's Courtroom Deputy, David Tam, a stamped copy of the indictment is enclosed for Your Honor's files.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                      By: _____
                                  Adam S. Hickey
                                  Assistant United States Attorney
                                  Tel.: (212) 637-1039
                                  Fax: (212) 637-2527

Enclosure

cc: Mark Kushner, Esq. (by facsimile)