UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 07-cr-680 (DC) |
|  | ) |
| - against - | ) **NOTICE OF CHANGE OF ADDRESS** |
|  | ) |
| STEPHEN MICHAEL LEVY, | ) |
|  | ) |
| Defendant | ) |
|  | ) |

PLEASE TAKE NOTICE that I represent the defendant in this case and that my address has been changed to:

> Michael P. Kushner, Esq
> 350 Fifth Avenue
> 68th Floor
> New York, New York 10118

PLEASE TAKE FURTHER NOTICE that my phone and fax numbers have been changed to:   212.378.4326 (phone); 212.378.4325 (fax).

Please update my address in the Court's docket and send all future correspondence and notices to my new address.

Dated:  New York, New York
        November 5, 2007

/s/ Michael P. Kushner
MICHAEL PETER KUSHNER (MK 6117)

THE BLANCH LAW FIRM, P.C.
350 Fifth Avenue, 68th Floor
New York, New York 10118
212.378.4326 (t)
212.378.4325 (f)
917.599.6117 (m)
mkushner@blanch-law.com

NOTICE OF CHANGE OF ADDRESS                                      Page - 1