# GOLDBERG RIMBERG & FRIEDLANDER PLLC

*Attorneys at Law*
115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250 x349
Fax: (866) 651-3196 (Direct)

December 13, 2007

VIA FACSIMILE

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07
```

    Re: <u>United States v. Stephen Michael Levy</u>
          07-Cr-00680 (DC)

Dear Judge Chin:

    On December 11, 2007, I was the CJA attorney on duty. During the course of the day, I was assigned to 6 new matters. When I returned to my office later that evening, there was a voice mail message from Mr. Michael Kushner, Esq. advising me that he had been relieved in this matter and that I had been appointed, <u>in absentia</u>, to represent the defendant herein.

    In addition to the 6 other CJA cases that were assigned to me on December 11, 2007, I am also carrying approximately 8 other active CJA cases, as well as my own private caseload. Feeling a bit overwhelmed, I telephoned the CJA Clerk and was advised that a CJA attorney may elect to decline a duty day assignment where that attorney has already been appointed to 5 new cases on the duty day. Although I have never before elected to decline a new assignment on this or any other ground, I am concerned that my active caseload will make it extremely difficult for me to give the defendant in this case the proper attention he deserves. Accordingly, I respectfully request permission to decline the assignment in this matter at this time.

    In light of the above, I respectfully request that different CJA counsel be appointed to undertake the representation in this matter.

Respectfully submitted,

Joseph A. Grob

cc: AUSA Adam Sean Hickey (Via Facsimile)

*[Handwritten annotation:]* Application GRANTED. The CJA lawyer on duty today will be [assigned]. SO ORDERED. USDJ 12/14/07