

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Stephen Michael Levy
    07 Cr. 680 (DC)

Dear Judge Chin:

On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for Friday, December 20, 2007, has been rescheduled by Your Chambers for January 3, 2008, at 2:30 p.m., so that the defendant's recently appointed counsel could review the case.

The Government respectfully requests that the Court exclude time from December 20, 2007, until January 3, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery with his recently appointed counsel, to contemplate the filing of any motions, and to continue discussions of a possible disposition of this matter.

Hon. Denny Chin
December 19, 2007
Page 2 of 2

  Defense counsel has specifically consented to this request for the exclusion of time.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

        By: _____
           Adam S. Hickey
           Assistant United States Attorney
           Tel.: (212) 637-1039

cc: Ira London, Esq.

APPLICATION GRANTED.
SO ORDERED
_____
Denny Chin, U.S.D.J.

12/20/07