LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

245 FIFTH AVENUE
SUITE 1900
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

January 2, 2008

Honorable Denny Chin
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

          Re:    **US v. Stephen Levy**
                07 cr 680(DC)

Dear Judge Chin:

       Today I visited with Stephen Levy who told me that he was suffering from the flu and did not feel well enough to focus on legal issues at a court appearance, and as a result requested that I adjourn the status conference to a date later this month. I have telephoned AUSA Adam Hickey and left him a detailed voicemail.

       It is respectfully requested that the status conference in this matter be adjourned to February 1, 2008 at 3:30 p.m. It is further agreed that speedy trial time will be excluded from January 3rd to February 1st.

Very truly yours,

IRA D. LONDON

cc: AUSA Adam Hickey

*[Handwritten note:]* Adjourned to Feb. 1, 2008, at 2:00. The time until then is excluded. SO ORDERED.

USDJ 1/2/08