**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 7, 2008

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Stephen Michael Levy**
    07 Cr. 680 (DC)

Dear Judge Chin:

In response to defense counsel's letter dated February 4, 2008, the Government agrees that, upon a showing of good cause, counsel for the defendant and the Government are entitled to copies of the Pre-Trial Services Report. See United States v. Lewter, 402 F.3d 319, 323-24 (2d Cir. 2005). Should the Court order disclosure of the report to defense counsel, the Government respectfully requests that it receive a copy as well, so that it may likewise prepare for any bail hearing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Adam S. Hickey
Assistant United States Attorney
Tel.: (212) 637-1039

cc: Ira London, Esq. (by facsimile)

*[Handwritten annotation:]* Pretrial Services is hereby directed to provide copies of the report to both defense counsel and the Government. SO ORDERED.

*[Signature]* 2/25/08

TOTAL P.02