

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2008

**BY FACSIMILE**

The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

Re: **United States v. Stephen Michael Levy**
    07 Cr. 680 (DC)

Dear Judge Chin:

On the defendant's motion, the pre-trial conference before Your Honor that was previously scheduled for today has been rescheduled by Your Chambers for May 5, 2008 at 4:30 p.m. so that the defendant's counsel could continue to explore any pre-trial motions that may be appropriate.

Under the Court's oral scheduling order at the last conference on February 1, 2008, the deadline for defense counsel to identify any pre-trial motions was today. The parties agree that deadline should be extended to May 5, 2008.

The Government respectfully requests that the Court exclude time from today until May 5, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant to continue his review of the materials produced during discovery with his recently appointed counsel and to contemplate the filing of any motions.

*Approved. The time is excluded until then for speedy trial purposes in the interest of justice. So ordered.*

USDJ
4/3/08

Hon. Denny Chin
April 2, 2008
Page 2 of 2

     Defense counsel has specifically consented to this request for the exclusion of time.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

               By:   _____
                        Adam S. Hickey
                        Assistant United States Attorney
                        Tel.: (212) 637-1039

cc:   Ira London, Esq.